# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MARTIN VAZQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., JONATHON RIOS, WEDGEWOOD, and WEST RIDGE RENTALS, LLC,<br><br>Defendants. | Case No.: CV 15-9821 DSF (JCx)<br><br>JUDGMENT |

The Court having granted defendants' motions for summary judgment, IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 6/5/17

                                          Dale S. Fischer
                                        United States District Judge